UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER FOR RETURN OF |
| | : | |
| VS. | : | DEPOSIT FOR BAIL |
| | : | |
| RAFAEL CASTILLO | : | RECOG. NEW 3496 |
| | | Case No. DNJX210MJ008265 |
| | : | DNJX111CR000857 |

RECEIVED DEC 26 2012 AT 8:30 M
WILLIAM T. WALSH, CLERK

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for his appearance before this Court, and that the sum of Five thousand dollars ($5,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this 7th day of December, 2012

**ORDERED** that the sum of Five thousand dollars ($5,000.00) so deposited as aforesaid be returned to Yalenny Vargas, 34 Union Street, Jersey City, New Jersey 07304 the surety of said recognizance.

Please docket.

JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Thanks
Debbie Amato